JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONROVIA NURSERY COMPANY, | Case No. 2:22–cv–07631–MWF (RAOx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SEVILLE FARMS INC., | |
| Defendant. | |

On March 22, 2023, counsel for all parties filed a Stipulation for Entry of Proposed Judgment. The Court has reviewed the stipulation and, good cause appearing, it is ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of plaintiff Monrovia Nursery Company against defendant Seville Farms, Inc. in the amount of $286,770.81, which includes principal of $257,443.42 and prejudgment interest of $29,327.39. Each side shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  March 22, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge